# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0435

VERSUS

IRA COLEMAN

**JULY 2, 2026**

---

In Re:   Ira Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-25-03019.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.**

> **PMc**
> **TPS**
> **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT